# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

THOMAS BURTON,
    Plaintiff,

    v.                                **Civil Action No. 1:16-cv-12031-IT**

SEAS & ASSOCIATES, LLC
    Defendant.

## SETTLEMENT ORDER OF DISMISSAL

**TALWANI, D. J.**

The court having been advised on 2/23/17, that the above-entitled action has been settled;

**IT IS ORDERED** that this action is hereby dismissed, without costs and without prejudice to the right of any party, to reopen the action within sixty (60) days if settlement is not consummated.

                                   **By the Court,**

**Dated: February 23, 2017**            **/s/Gail A. Marchione,**
                                   **Courtroom Deputy Clerk**